THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Earlon M. Gerald,       
Appellant.
 
 
 

Appeal From Marion County
B. Hicks Harwell, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2003-UP-698
Submitted September 17, 2003  Filed 
 December 2, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia, and Edgar Lewis Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Earlon M. Gerald appeals his 
 guilty pleas to possession of crack cocaine and distribution of crack cocaine.  
 Counsel for Gerald attached to the final brief a petition to be relieved as 
 counsel.  Gerald did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Geralds 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.